UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH EDWARD DAVIS,  )<br>)<br>Plaintiff,  )<br>)<br>VS.  )<br>)<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br><br>3:13-CV-3042-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the findings, conclusions, and recommendation of the United States Magistrate Judge dated August 6, 2014 and the objections thereto, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, it is **ORDERED** that the hearing decision of the administrative law judge is **AFFIRMED** in all respects. The plaintiff's complaint will be dismissed by separate judgment.

August 25, 2014.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**